In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00481-CV**
_____

**DONALD SNOW AND JOANN SNOW, Appellants**

**V.**

**RICK STAYNER D/B/A R & R CONSTRUCTION MARINE SERVICES,**
**Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-12-13445 CV**

**MEMORANDUM OPINION**

On January 24, 2013, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellants explained why additional time was needed to file the record. We also notified the parties that the appeal would be dismissed unless the appellants remitted the filing fee for the appeal. The appellants did not respond to the Court's notices. The appellants did not file an affidavit of indigence and are not

1

entitled to proceed without payment of costs.  *See* Tex. R. App. P. 20.1.  There being no satisfactory explanation for the failure to file the record, and there being no reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution.  Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.


_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered February 21, 2013
Before McKeithen, C.J., Gaultney and Kreger, JJ.